**Order filed May 9, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00096-CR
_____

### JOSE VASQUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1333231**

## ORDER

On March 28, 2013, this Court rendered its judgment reversing the trial court's judgment and ordering a new trial.

On April 4, 2013, appellant, Jose Vasquez, filed a motion requesting this Court to set reasonable bail. Tex. Code Crim. Proc. Ann. Art. 44.04(h). We have jurisdiction to set bail following a reversal of the trial court's judgment. *See* Tex. R. App. P. 51.2(c).

We grant the motion, and **ORDER** the appellant, Jose Vasquez, released on bail upon his giving good and sufficient bond, signed by appellant as principal and with

sureties as required by law, in the sum of  $1,000,000.00, pending final disposition by the trial court below.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison